IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DERRICK MICHAEL ALLEN, SR., | ) |
| Plaintiff, | ) |
| v. | ) 1:20CV486 |
| BURLINGTON HOUSING AUTHORITY, | ) |
| Defendant. | ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 1, 2021, was served on the parties in this action. (Text Order and Recommendation dated Sept. 30, 2021; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

/s/   Thomas D. Schroeder
United States District Judge

October 6, 2021